JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| XU TAO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Adelanto ICE Processing Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-02517-SSS-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community.

Dated: September 4, 2026

SUNSHINE S. SYKES
United States District Judge